UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10440-GAO

ANNE M. OULTON,
Plaintiff,

v.

BRIGHAM & WOMEN'S HOSPITAL, INC.,
Defendant.

ORDER
June 5, 2013

O'TOOLE, D.J.

After careful review of the parties' submissions, the Court declines to alter its Opinion and Order (dkt. no. 12) granting in part and denying in part the defendant's motion to dismiss. In seeking an alteration or amendment of the Order, the plaintiff offers no new arguments or legal principles that the Court has not already considered.

The plaintiff's Motion (dkt. no. 13) to Alter Judgment is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge